IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.    Case No. 14-2455JMC

Christopher Perkins O'Brien

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _____Susie Hensler, AFPD_____, and the Government was represented by Assistant United States Attorney _____Harvey Eisenberg_____, it is

**ORDERED,** this \_\_30th\_\_ day of \_\_October,\_\_ \_\_2014\_\_, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

J. Mark Coulson
United States Magistrate Judge